UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| JOHN P. WITHEREL & CARLA WITHEREL | : | Case No: 11-22158-JAD |
| | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| JOHN P. WITHEREL & CARLA WITHEREL | : | Document No. |
| Debtors/Movants | : | |
| | : | Related to Claim No. 10 |
| v. | : | |
| | : | |
| MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION and Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

## **DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY**

    The undersigned hereby declares that the Debtor was instructed to take over direct mortgage payments beginning in June 2016.

    Therefore, no amended Plan is necessary and/or objection to the notice is required.

July 29, 2016                                   /s/ Edgardo D. Santillan
                                                   Edgardo D. Santillan, Esquire
                                                   PA ID No. 60030
                                                   SANTILLAN LAW FIRM, P.C.
                                                   775 Fourth St.
                                                   Beaver, PA 15009
                                                   724-770-1040
                                                   Eds@debtlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| JOHN P. WITHEREL & CARLA WITHEREL | : | Case No: 11-22158-JAD |
| | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| JOHN P. WITHEREL & CARLA WITHEREL | : | Document No. |
| Debtors/Movants | : | |
| | : | Related to Claim No. 10 |
| v. | : | |
| | : | |
| MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION and Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan Esquire of SANTILLAN LAW FIRM, P.C., 650 Corporation Street, Suite 304, Beaver, PA 15009 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 29th day of July 2016, **I SERVED A COPY OF THE WITHIN DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY UPON THE FOLLOWING:**

Ronda J. Winnecour                    U.S. Trustee
Chapter 13 Trustee                    1001 Liberty Avenue
Suite 3250, USX Tower                 Liberty Center Suite 970
600 Grant Street                      Pittsburgh, PA 15222
**Via ECF Noticing**                  **Via ECF Noticing**

Joshua Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
**Via ECF Noticing**

I certify under penalty of perjury that the foregoing is true and correct.
EXECUTED ON July 29, 2016

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
Eds@debtlaw.com