Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John P Witherel
Carla R Witherel**
Debtor(s)

Bankruptcy Case No.: 11–22158–JAD
Doc. # 137
Chapter: 13
Docket No.: 138 – 137

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 27th day of July, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/26/16.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/7/16 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/26/16.**

                                        Jeffery A. Deller
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-22158-JAD
John P Witherel                                                           Chapter 13
Carla R Witherel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 3         Date Rcvd: Jul 27, 2016
                              Form ID: 408            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb     +John P Witherel,    Carla R Witherel,   152 Mayer Drive,   Pittsburgh, PA 15237-1866
aty        +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13025803   +Barclays Bank Delaware,    Attention: Customer Support Department,   Po Box 8833,
             Wilmington, DE 19899-8833
13025804  ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
             Norcross, GA 30091)
13543359   +Capital One, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13025805   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13070546    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13025806  ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
             Austin, TX 78708)
13142003    Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,   Suite 2200, Gulf Tower,
             Pittsburgh, PA  15219
13061137  ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company LLC,   P O Box 6275,
             Dearborn, MI  48121)
13025809   +Goodyearcbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
13061099   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
13025810   +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
13235615    Main Street Acquisitions Corp., assignee,   of HSBC CARD SERVICES (III) INC.,
             c/o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13025811   +Main Street Acquisiton,    2877 Paradise Rd Unit 30,   Las Vegas, NV 89109-5236
13068933   +Midland Mortgage Company,    999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13025812   +Midland Mortgage Company,    Attn: Bankruptcy,   Po Box 26648,   Oklahoma City, OK 73126-0648
13025813   +Ntb/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13025814   +Pittsburgh Police FCU,    1338 Chartiers Ave,   Pittsburgh, PA 15220-4800
13025817   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:51:19
             PRA Receivables Management, LLC,   PO Box 12907,   Norfolk, VA 23541-0907
cr          E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:51:32
             Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
             Miami, FL  33131-1605
13057900   +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:44:42     BACK BOWL I LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13121507    E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:48:48
             Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corporat,
             25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13057897   +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:44:42     CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13981020   +E-mail/Text: bankruptcy@consumerportfolio.com Jul 28 2016 01:44:59
             CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA 92619-7071
13041023    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:59:59
             Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
             Greenville, SC 29603-0390
13443488    E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:49:43     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13145130    E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:51:08     GE Money Bank,
             Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13038247    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:49:02     GE Money Bank,
             c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13025808   +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:51:08     Gemb/care Credit,   Po Box 981439,
             El Paso, TX 79998-1439
13069541    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:51:47
             Main Street Acquisition Corp.,   c/o B-Line, LLC,   MS 550,   PO Box 91121,
             Seattle, WA 98111-9221
13294267   +E-mail/Text: bknotice@ncmllc.com Jul 28 2016 01:44:46     National Capital Management, LLC.,
             8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13025815    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:51:19     Portfolio Rc,
             Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13135075    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:51:20
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
13080709    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:48:36
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2          User: msch                  Page 2 of 3                   Date Rcvd: Jul 27, 2016
                              Form ID: 408                Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13620423      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:51:20
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13443489       E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:13
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13025816      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:48:15     Sams Club,
               Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
13566915      +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:45:18     Vanda, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13118594       E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2016 01:43:31
               World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
               Kirkland, WA 98083-0788
                                                                                             TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              MIDFIRST BANK
cr              Midland Mortgage Co.
13025819        Wfnnb/fashion Bug
cr*            +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
               Memphis, TN 38125-1741
cr*            +PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
cr*            +Vanda, LLC,  c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*            +Vanda, LLC,  c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13057898*      +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13057899*      +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13076504*      +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13025807*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,   National Bankruptcy Service Center,
               Po Box 537901,   Livonia, MI 48153)
13132785*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 12914,
               Norfolk VA 23541)
13618432*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13618434*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13618435*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13025818      ##+The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507
                                                                              TOTALS: 4, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                           Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                Page 3 of 3             Date Rcvd: Jul 27, 2016
                              Form ID: 408              Total Noticed: 42
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:

      Andrew F Gornall    on behalf of Creditor    Midland Mortgage Co. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Edgardo D. Santillan    on behalf of Debtor John P Witherel edscourt@debtlaw.com,
       edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
       m
      Edgardo D. Santillan    on behalf of Joint Debtor Carla R Witherel edscourt@debtlaw.com,
       edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
       m
      James A. Prostko    on behalf of Joint Debtor Carla R Witherel pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      James A. Prostko    on behalf of Debtor John P Witherel pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
       rive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                       TOTAL: 11