**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN P. WITHEREL<br>CARLA R. WITHEREL<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Repondents. | Case No.:11-22158 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.   The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

| | |
|---|---|
| July 26, 2016 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/06/2011 and confirmed on 6/6/11. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 166,657.50 |
| Less Refunds to Debtor | 1,575.29 | |
| TOTAL AMOUNT OF PLAN FUND | | 165,082.21 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,434.00 | |
|   Trustee Fee | 5,612.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,046.30 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDLAND MORTGAGE CO* | 0.00 | 121,108.48 | 0.00 | 121,108.48 |
|     Acct: 1194 | | | | |
|   MIDLAND MORTGAGE CO* | 1,980.66 | 1,980.66 | 0.00 | 1,980.66 |
|     Acct: 1194 | | | | |
|   FORD MOTOR CREDIT CO(*) | 8,283.77 | 8,283.77 | 515.03 | 8,798.80 |
|     Acct: XXX4494 | | | | |
|   SANTANDER CONSUMER USA(*) | 0.00 | 14,741.72 | 0.00 | 14,741.72 |
|     Acct: XXX8532 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 8,977.71 | 0.00 | 8,977.71 |
|     Acct: XXXXXX3591 | | | | |
| | | | | 155,607.37 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN P. WITHEREL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN P. WITHEREL | 1,575.29 | 1,575.29 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROSTKO & SANTILLAN LLC** | 2,434.00 | 2,434.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A PROSTKO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROSTKO & SANTILLAN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-15 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 69.20 | 0.51 | 0.00 | 0.51 |
|     Acct: 0002 | | | | |
|   BACK BOWL I LLC | 3,582.57 | 26.15 | 0.00 | 26.15 |
|     Acct: 8617 | | | | |
|   VANDA LLC | 2,250.74 | 16.43 | 0.00 | 16.43 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7911 | | | | |
| VANDA LLC | 2,838.23 | 20.72 | 0.00 | 20.72 |
| Acct: 9968 | | | | |
| VANDA LLC | 425.64 | 3.11 | 0.00 | 3.11 |
| Acct: 4817 | | | | |
| VANDA LLC | 6,891.04 | 50.30 | 0.00 | 50.30 |
| Acct: 6449 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,819.69 | 42.48 | 0.00 | 42.48 |
| Acct: 5660 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,356.14 | 17.20 | 0.00 | 17.20 |
| Acct: 7440 | | | | |
| DELL FINANCIAL SERVICES LLC | 2,924.62 | 21.35 | 0.00 | 21.35 |
| Acct: 0352 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 382.77 | 2.79 | 0.00 | 2.79 |
| Acct: 4039 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 661.00 | 4.83 | 0.00 | 4.83 |
| Acct: 7999 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 579.39 | 4.23 | 0.00 | 4.23 |
| Acct: 7554 | | | | |
| MAIN STREET ACQUISITIONS CORP | 4,249.16 | 31.02 | 0.00 | 31.02 |
| Acct: 2880 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,077.00 | 7.86 | 0.00 | 7.86 |
| Acct: 5794 | | | | |
| GREATER PITTSBURGH POLICE FCU | 15,195.00 | 110.92 | 0.00 | 110.92 |
| Acct: 1055 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,058.58 | 29.63 | 0.00 | 29.63 |
| Acct: 3708 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 580.03 | 4.23 | 0.00 | 4.23 |
| Acct: 9883 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 754.00 | 5.50 | 0.00 | 5.50 |
| Acct: 8275 | | | | |
| BUREAUS INVESTMENT GROUP PORTF( | 3,521.74 | 25.71 | 0.00 | 25.71 |
| Acct: 3770 | | | | |
| WORLD FINANCIAL NETWORK NB | 488.37 | 3.57 | 0.00 | 3.57 |
| Acct: 2136 | | | | |
| GREATER PITTSBURGH POLICE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5095 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 428.54 |

TOTAL PAID TO CREDITORS                                                156,035.91

TOTAL
CLAIMED           0.00
PRIORITY     10,264.43
SECURED      58,704.91

Date: 07/26/2016                                      /s/ Ronda J. Winnecour

                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　JOHN P. WITHEREL<br>　CARLA R. WITHEREL<br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:11-22158 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-22158-JAD
John P Witherel                                                         Chapter 13
Carla R Witherel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch                  Page 1 of 3              Date Rcvd: Jul 27, 2016
                              Form ID: pdf900             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb         +John P Witherel,    Carla R Witherel,    152 Mayer Drive,    Pittsburgh, PA 15237-1866
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13025803       +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                 Wilmington, DE 19899-8833
13025804      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
                 Norcross, GA 30091)
13543359       +Capital One, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13025805       +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13070546        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13025806      ++DELL FINANCIAL SERVICES,     P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
                 Austin, TX 78708)
13142003        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA  15219
13061137      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,     P O Box 6275,
                 Dearborn, MI  48121)
13025809       +Goodyearcbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
13061099       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13025810       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
13235615        Main Street Acquisitions Corp., assignee,     of HSBC CARD SERVICES (III) INC.,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13025811       +Main Street Acquisiton,    2877 Paradise Rd Unit 30,    Las Vegas, NV 89109-5236
13068933       +Midland Mortgage Company,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13025812       +Midland Mortgage Company,    Attn: Bankruptcy,    Po Box 26648,    Oklahoma City, OK 73126-0648
13025813       +Ntb/cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
13025814       +Pittsburgh Police FCU,    1338 Chartiers Ave,    Pittsburgh, PA 15220-4800
13025817       +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:01:53
                 PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:48:48
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13057900       +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:44:42      BACK BOWL I LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13121507        E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:12
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13057897       +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:44:42      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13981020       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 28 2016 01:44:59
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA 92619-7071
13041023        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:50:31
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
13443488        E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:48:15      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13145130        E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:49:43      GE Money Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13038247        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:50:28       GE Money Bank,
                 c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13025808       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:51:08      Gemb/care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
13069541        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:51:47
                 Main Street Acquisition Corp.,    c/o B-Line, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
13294267       +E-mail/Text: bknotice@ncmllc.com Jul 28 2016 01:44:46      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13025815        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:49:59       Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13135075        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:01:53
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13080709        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:48:34
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2           User: msch                  Page 2 of 3                   Date Rcvd: Jul 27, 2016
                               Form ID: pdf900             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13620423       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:00:55
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13443489        E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13025816       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:48:15       Sams Club,
                 Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
13566915       +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:45:18      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13118594        E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2016 01:43:31
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              MIDFIRST BANK
cr              Midland Mortgage Co.
13025819        Wfnnb/fashion Bug
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*            +PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13057898*      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13057899*      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13076504*      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13025807*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,     National Bankruptcy Service Center,
                 Po Box 537901,    Livonia, MI 48153)
13132785*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 12914,
                 Norfolk VA 23541)
13618432*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13618434*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13618435*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13025818       ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                TOTALS: 4, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                    Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                  Page 3 of 3          Date Rcvd: Jul 27, 2016
                              Form ID: pdf900             Total Noticed: 42
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor   Midland Mortgage Co. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   MIDFIRST BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor John P Witherel edscourt@debtlaw.com,
               edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
               m
              Edgardo D. Santillan    on behalf of Joint Debtor Carla R Witherel edscourt@debtlaw.com,
               edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
               m
              James A. Prostko    on behalf of Joint Debtor Carla R Witherel pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Debtor John P Witherel pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```