IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO 11-22158-JAD |
| | : | |
| JOHN P. WITHEREL | : | CHAPTER 13 |
| CARLA R. WITHEREL | : | |
| | : | |
| DEBTORS | : | |
| VS. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| RESPONDENT | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 9, 2011 at docket number 16 & 17, Debtors, John & Carla Witherel complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: 8/25/2016_____         /s/ Edgardo D. Santillan
                                   Edgardo D. Santillan Esquire
                                   PA ID No. 60030
                                   SANTILLAN LAW FIRM, P.C.
                                   775 Fourth St.
                                   Beaver, PA 15009
                                   724-770-1040
                                   eds@debtlaw.com

**PAWB Local Form 24 (07/13)**